578 S.E.2d 15

**Joshua DAVIS, Petitioner,**

v.

**ORANGEBURG–CALHOUN LAW ENFORCEMENT COMMISSION, Respondent.**

No. 25604.

Supreme Court of South Carolina.

Heard March 4, 2003.

Decided March 10, 2003.

Rehearing Denied April 2, 2003.

---

Benjamin Allen Dunn, of Dunn Dunn & Peeples and J. Lewis Cromer, of Cromer & Mabry, both of Columbia, for Petitioner.

Kathryn Thomas and Derwood L. Aydlette, III, both of Gignilliat Savitz & Bettis, of Columbia, for Respondent.

M. Brian Magargle and Melissa A. Inzerillo, both of Haynsworth Baldwin Johnson & Greaves, of Columbia, for Amicus Curiae.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

PER CURIAM:

After full review of the Appendix and briefs, we dismiss the writ of certiorari as improvidently granted.

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.